**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Paul S. Wheaton                      CHAPTER 13

                 Debtor(s)

                                                    BKY. NO. 20-13664 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                            Respectfully submitted,

                                            /s/ Rebecca A. Solarz
                                            Rebecca Solarz
                                            21 Sep 2020, 11:33:10, EDT

                                       KML Law Group, P.C.
                                       701 Market Street, Suite 5000
                                       Philadelphia, PA 19106-1532
                                       (215) 627-1322