IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Paul S. Wheaton

Case No. 20-13664-pmm
Chapter 13

MOTION TO EXTEND TIME
FOR FILING ALL REMAINING DOCUMENTS

AND NOW, this 25th day of September, 2020, comes the above Debtor, by his counsel, Lawrence V. Young, Esquire and CGA Law Firm, and files the within Motion averring that:

1.  The within Motion is brought pursuant to Bankruptcy Rule 1007 in that it seeks to extend the time in which the Debtors must file all remaining documents.

2.  The above-captioned case is a voluntary Chapter 13 petition, which was filed as an emergency on September 11, 2020.

3.  Debtor has recently returned documents to counsel and while Debtor and counsel are in touch to attempt to finalize the petition and Plan, the documents have not been finalized for filing.

4.  The Debtors request an extension of (30) days to file the requisite schedules.

WHEREFORE, the Debtor requests an extension of time of thirty (30) days in which to file the appropriate documents and schedules to accompany her bankruptcy petition.

Respectfully submitted,
CGA Law Firm

By: */s/ Lawrence V. Young*
Lawrence V. Young, Esquire
Sup. Ct. ID No. 21009
135 North George Street
York, PA 17401-1282
Telephone: 717-848-4900
(Counsel for Debtor)

{01830982/1}

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Paul S. Wheaton

Case No. 20-13664-pmm
Chapter 13

## ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file the requisite schedules be extended an additional thirty (30) days, to October 25, 2020.

BY THE COURT,

{01830982/1}