IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

Paul S. Wheaton

Case No. 20-13664-pmm
Chapter 13

### ORDER GRANTING MOTION TO EXTEND TIME TO FILE ALL REMAINING DOCUMENTS

AND NOW, upon the consideration of the Motion filed by the Debtor seeking to have the time in which to file all remaining documents extended, it is hereby

ORDERED that the time within which the Debtor must file the requisite schedules be extended an additional thirty (30) days, to October 25, 2020.

BY THE COURT,

Dated: 9/28/20

_/s/ Patricia M. Mayer_

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

{01830982/1}