IN THE UNITED STATES BANKRUPTCY COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA (READING)

| | | |
|---|---|---|
| IN RE: | : | Chapter 13 |
| PAUL S. WHEATON, | : | Case No. 20-13664-PMM |
| Debtor | | |

TO THE CLERK OF COURTS:

Kindly enter the appearance of Richard J. Wiest, Esquire and Williamson, Friedberg &

Jones, LLC for **Jay Linard**, a creditor of the above Debtor.

WILLIAMSON, FRIEDBERG & JONES, LLC

DATED:  October 12, 2020      BY:   /s/Richard J. Wiest
RICHARD J. WIEST, ESQUIRE
Attorney ID No. 40495
Ten Westwood Road
Pottsville, PA  17901
Telephone:  (570) 622-5933
E-Mail: rwiest@wfjlaw.net
Attorneys for Creditor, Jay Linard