United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                       Case No. 20-13664-pmm

Paul S. Wheaton                                       Chapter 7

Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0313-4                         User: Adminstra                                     Page 1 of 3

Date Rcvd: Dec 03, 2020                   Form ID: 309A                                   Total Noticed: 54

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14536909 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14562554 | + | Allied Cash Advance, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 14545556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14536908 | + | Commonwealth of PA, 841 Vogelsong Road, P.O. Box 14008, York, PA 17404-1397 |
| 14562220 | + | Eric James Filer, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562221 | + | Heidi Elizabeth Fiedler, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562553 | + | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| 14536923 | + | James Gavin, Esquire, 1100 Berkshire Blvd., Suite 201, Reading, PA 19610-1221 |
| 14555446 | + | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14536906 | + | Lawrence V. Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 14555445 | + | Richard J. Wiest, Williamson Friedberg & Jones, LLC, 10 Westwood Road, Pottsville, PA 17901-1314 |
| 14536926 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14546910 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14547099 | + | Santander Bank, N.A., PO BOX 16255, Reading PA 19612-6255 |
| 14536927 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14536905 | + | Secretary of Treasury, 15th & Penn Avenue NW, Washington, DC 20220-0001 |
| 14536928 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14536929 | + | Todd R Bartos, J.D., 2138 Measow Ridge Drive, Lancaster, PA 17601-5759 |

TOTAL: 24

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: lyoung@cgalaw.com | Dec 04 2020 05:06:00 | LAWRENCE V. YOUNG, CGA Law Firm, 135 North George Street, York, PA 17401 |
| tr | + | EDI: BCCSHUBERT.COM | Dec 04 2020 06:33:00 | CHRISTINE C. SHUBERT, 821 Wesley Avenue, Ocean City, NJ 08226-3622 |
| smg | | EDI: PENNDEPTREV | Dec 04 2020 06:33:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2020 05:07:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 04 2020 05:07:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + | Email/Text: ustpregion03.ph.ecf@usdoj.gov | Dec 04 2020 05:07:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |

Case 20-13664-pmm   Doc 34   Filed 12/05/20   Entered 12/06/20 00:43:58   Desc Imaged
Certificate of Notice   Page 2 of 5

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 309A | Total Noticed: 54 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 14536912 | + EDI: CITICORP.COM | Dec 04 2020 06:33:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14536910 | + EDI: GMACFS.COM | Dec 04 2020 06:33:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14556300 | EDI: BECKLEE.COM | Dec 04 2020 06:33:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536911 | + EDI: AMEREXPR.COM | Dec 04 2020 06:33:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546155 | EDI: BANKAMER2.COM | Dec 04 2020 06:33:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14536916 | Email/Text: bankruptcy@bbandt.com | Dec 04 2020 05:07:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14536913 | + EDI: BANKAMER.COM | Dec 04 2020 06:33:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14536914 | + EDI: BANKAMER.COM | Dec 04 2020 06:33:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14560184 | EDI: WFFC.COM | Dec 04 2020 06:33:00 | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14559677 | EDI: BANKAMER.COM | Dec 04 2020 06:33:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14536915 | + EDI: TSYS2.COM | Dec 04 2020 06:33:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536917 | + EDI: CAPITALONE.COM | Dec 04 2020 06:33:00 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536919 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 04 2020 04:16:31 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14536920 | + EDI: DISCOVER.COM | Dec 04 2020 06:33:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14536921 | + Email/Text: bknotices@financesysteminc.com | Dec 04 2020 05:08:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 14536922 | + Email/Text: bankruptcy@huntington.com | Dec 04 2020 05:07:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14561561 | EDI: IRS.COM | Dec 04 2020 06:33:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14536918 | EDI: JPMORGANCHASE | Dec 04 2020 06:33:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536924 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 04 2020 05:06:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14545210 | EDI: NMTRD.COM | Dec 04 2020 06:33:00 | NM Taxation and Revenue Department, PO BOX 8575, Albuquerque NM 87198-8575 |
| 14548342 | + EDI: PENNDEPTREV | Dec 04 2020 06:33:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14548342 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 04 2020 05:07:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14560631 | + EDI: Q3G.COM | Dec 04 2020 06:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14560437 | EDI: Q3G.COM | Dec 04 2020 06:33:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |

| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 309A | Total Noticed: 54 |

| 14536925 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 04 2020 04:16:32 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| --- | --- | --- | --- |
| 14536930 | EDI: USBANKARS.COM | Dec 04 2020 06:33:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 32

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14536904 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14536907 | *+ | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 05, 2020             Signature:    /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 3, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| LAWRENCE V. YOUNG | on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| RICHARD J. WIEST | on behalf of Creditor Jay Linard rwiest@wfjlaw.net gdeitch@wfjlaw.net;jmajestic@wfjlaw.net |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Bank N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com |

TOTAL: 5

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1: | Paul S. Wheaton<br>First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | xxx–xx–1251<br>_ _–_ _ _ _ _ _ _ |
| Debtor 2:<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN:<br>EIN: | _ _ _ _<br>_ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court: | Eastern District of Pennsylvania | Date case filed in chapter: | 13   9/11/20 |
| Case number: | 20–13664–pmm | Date case converted to chapter: | 7   12/2/20 |

Official Form 309A (For Individuals or Joint Debtors)
# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline   12/15
**\*\*Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing\*\***

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paul S. Wheaton | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2860 Yellow Goose Road<br>Lancaster, PA 17601 | |
| 4. | **Debtor's attorney**<br>Name and address | LAWRENCE V. YOUNG<br>CGA Law Firm<br>135 North George Street<br>York, PA 17401 | Contact phone (717) 718–7110<br>Email:  lyoung@cgalaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | CHRISTINE C. SHUBERT<br>821 Wesley Avenue<br>Ocean City, NJ 08226 | Contact phone (609) 938–4191<br>Email:  christine.shubert@comcast.net |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   page 1

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | United States Bankruptcy Court<br>Office of the Clerk, Gateway Building<br>201 Penn Street, 1st Floor<br>Reading, PA 19601 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M; Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (610)2085040<br><br>Date: 12/3/20 |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **January 5, 2021 at 10:30 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location: **Section 341 Meeting will be conducted by telephone. Please consult the docket or contact the trustee appointed to the case for access or call–in information.** |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | Insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 3/8/21** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |