United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                       Case No. 20-13664-pmm
Paul S. Wheaton                                                                    Chapter 7
    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 1 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: 210U | Total Noticed: 57 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 06, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Jay Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| 14536912 | + | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14536909 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14562554 | + | Allied Cash Advance, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 14556300 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536911 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546155 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14539746 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14536914 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14536913 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14540011 | + | Bank of America NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14559677 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14560184 | | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14545556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14536915 | + | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536908 | + | Commonwealth of PA, 841 Vogelsong Road, P.O. Box 14008, York, PA 17404-1397 |
| 14562220 | + | Eric James Filer, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562221 | + | Heidi Elizabeth Fiedler, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562553 | + | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| 14536923 | + | James Gavin, Esquire, 1100 Berkshire Blvd., Suite 201, Reading, PA 19610-1221 |
| 14549950 | + | Jay Linard, c/o Richard J. Wiest,Equire, Ten Westwood Road, Pottsville, PA 17901-1314 |
| 14555446 | + | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14536906 | + | Lawrence V. Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 14555445 | + | Richard J. Wiest, Williamson Friedberg & Jones, LLC, 10 Westwood Road, Pottsville, PA 17901-1314 |
| 14536926 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14547095 | | Santander Bank N.A., c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14546910 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14547099 | + | Santander Bank, N.A., PO BOX 16255, Reading PA 19612-6255 |
| 14536927 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14536905 | + | Secretary of Treasury, 15th & Penn Avenue NW, Washington, DC 20220-0001 |
| 14536928 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14536929 | + | Todd R Bartos, J.D., 2138 Measow Ridge Drive, Lancaster, PA 17601-5759 |
| 14536930 | ++ | US BANK, PO BOX 5229, CINCINNATI OH 45201-5229 address filed with court:, US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

Case 20-13664-pmm    Doc 35    Filed 12/06/20    Entered 12/07/20 00:39:07    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-4 | User: Adminstra | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Dec 04, 2020 | Form ID: 210U | Total Noticed: 57 |

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2020 05:38:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 05 2020 05:39:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14536910 | + Email/Text: ally@ebn.phinsolutions.com | Dec 05 2020 05:37:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14536916 | Email/Text: bankruptcy@bbandt.com | Dec 05 2020 05:37:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14536917 | + Email/PDF: AIS.cocard.ebn@americaninfosource.com | Dec 05 2020 05:58:43 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536919 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 05 2020 05:44:17 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14536920 | + Email/Text: mrdiscen@discover.com | Dec 05 2020 05:37:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14536921 | + Email/Text: bknotices@financesysteminc.com | Dec 05 2020 05:39:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 14536922 | + Email/Text: bankruptcy@huntington.com | Dec 05 2020 05:38:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14561561 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 05 2020 05:37:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14536918 | Email/PDF: ais.chase.ebn@americaninfosource.com | Dec 05 2020 05:51:32 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536924 | + Email/Text: PBNCNotifications@peritusservices.com | Dec 05 2020 05:37:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14545210 | Email/Text: TRD-bankruptcyunit@state.nm.us | Dec 05 2020 05:37:00 | NM Taxation and Revenue Department, PO BOX 8575, Albuquerque NM 87198-8575 |
| 14548342 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 05 2020 05:38:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14560631 | + Email/Text: bnc-quantum@quantum3group.com | Dec 05 2020 05:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14560437 | + Email/Text: bnc-quantum@quantum3group.com | Dec 05 2020 05:37:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14536925 | + Email/PDF: resurgentbknotifications@resurgent.com | Dec 05 2020 05:44:26 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |

TOTAL: 17

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14536904 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14536907 | *+ | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| | | |
|---|---|---|
| District/off: 0313-4 | User: Adminstra | Page 3 of 3 |
| Date Rcvd: Dec 04, 2020 | Form ID: 210U | Total Noticed: 57 |

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 06, 2020     Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 4, 2020 at the address(es) listed below:

**Name**    **Email Address**

CHRISTINE C. SHUBERT
christine.shubert@comcast.net  J100@ecfcbis.com

LAWRENCE V. YOUNG
on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com
tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

REBECCA ANN SOLARZ
on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

RICHARD J. WIEST
on behalf of Creditor Jay Linard rwiest@wfjlaw.net  gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

THOMAS A. CAPEHART
on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

TOTAL: 5

**UNITED STATES BANKRUPTCY COURT**
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Paul S. Wheaton                                                                                        Case No: 20−13664−pmm

      Debtor(s)

_____

***CLERK'S NOTICE RE: PRESUMPTION OF ABUSE***

To the debtor, debtor's counsel, interim trustee, creditors and all parties in interest,

NOTICE is hereby given, in accordance with 11 U.S.C. §342(d):

This is a Chapter 7 case of an individual with primarily consumer debts and insufficient information has been filed to date to permit the clerk to make any determination concerning the presumption of abuse. If more complete information, when filed, shows that the presumption has arisen, creditors will be notified under F.R.B.P 5008.

For The Court

Dated: 12/4/20

Timothy B. McGrath
Clerk of Court

32
Form 210U