Certificate Number: 13858-PAE-DE-035242211

Bankruptcy Case Number: 20-13664



13858-PAE-DE-035242211

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 6, 2021, at 5:05 o'clock PM CST, Paul S. Wheaton completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   January 6, 2021              By:   /s/Shauna B. Curtsinger

                                     Name: Shauna B. Curtsinger

                                     Title: Counselor