United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13664-pmm |
| Paul S. Wheaton | Chapter 7 |
|      Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 08, 2021 | Form ID: 139 | Total Noticed: 57 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| cr | + | Jay Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| 14536909 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14562554 | + | Allied Cash Advance, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 14539746 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14540011 | + | Bank of America NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14545556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14536908 | + | Commonwealth of PA, 841 Vogelsong Road, P.O. Box 14008, York, PA 17404-1397 |
| 14562220 | + | Eric James Filer, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562221 | + | Heidi Elizabeth Fiedler, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14562553 | + | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| 14536923 | + | James Gavin, Esquire, 1100 Berkshire Blvd., Suite 201, Reading, PA 19610-1221 |
| 14549950 | + | Jay Linard, c/o Richard J. Wiest,Equire, Ten Westwood Road, Pottsville, PA 17901-1314 |
| 14555446 | + | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14536906 | + | Lawrence V. Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 14555445 | + | Richard J. Wiest, Williamson Friedberg & Jones, LLC, 10 Westwood Road, Pottsville, PA 17901-1314 |
| 14536926 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14547095 | | Santander Bank N.A., c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14546910 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14547099 | + | Santander Bank, N.A., PO BOX 16255, Reading PA 19612-6255 |
| 14536927 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14536905 | + | Secretary of Treasury, 15th & Penn Avenue NW, Washington, DC 20220-0001 |
| 14536928 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14536929 | + | Todd R Bartos, J.D., 2138 Measow Ridge Drive, Lancaster, PA 17601-5759 |

TOTAL: 30

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | | |
| | | | Jan 09 2021 06:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | | |
| | | | Jan 09 2021 04:50:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | | |
| | | | Jan 09 2021 04:51:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14536912 | + | EDI: CITICORP.COM | | |
| | | | Jan 09 2021 06:28:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po |

District/off: 0313-4 | User: admin | Page 2 of 3
Date Rcvd: Jan 08, 2021 | Form ID: 139 | Total Noticed: 57

| | | | |
|---|---|---|---|
| | | | Box 790034, St Louis, MO 63179-0034 |
| 14536910 | + EDI: GMACFS.COM | Jan 09 2021 06:23:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14556300 | EDI: BECKLEE.COM | Jan 09 2021 06:23:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536911 | + EDI: AMEREXPR.COM | Jan 09 2021 06:28:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546155 | EDI: BANKAMER2.COM | Jan 09 2021 06:28:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14536916 | Email/Text: bankruptcy@bbandt.com | Jan 09 2021 04:50:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14536913 | + EDI: BANKAMER.COM | Jan 09 2021 06:23:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14536914 | + EDI: BANKAMER.COM | Jan 09 2021 06:23:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14560184 | EDI: WFFC.COM | Jan 09 2021 06:28:00 | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14559677 | EDI: BANKAMER.COM | Jan 09 2021 06:23:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14536915 | + EDI: TSYS2.COM | Jan 09 2021 06:28:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536917 | + EDI: CAPITALONE.COM | Jan 09 2021 06:23:00 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536919 | + Email/PDF: creditonebknotifications@resurgent.com | Jan 09 2021 04:09:33 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14536920 | + EDI: DISCOVER.COM | Jan 09 2021 06:23:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14536921 | + Email/Text: bknotices@financesysteminc.com | Jan 09 2021 04:51:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 14536922 | + Email/Text: bankruptcy@huntington.com | Jan 09 2021 04:50:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14561561 | EDI: IRS.COM | Jan 09 2021 06:28:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14536918 | EDI: JPMORGANCHASE | Jan 09 2021 06:23:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536924 | + Email/Text: PBNCNotifications@peritusservices.com | Jan 09 2021 04:50:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14545210 | EDI: NMTRD.COM | Jan 09 2021 06:23:00 | NM Taxation and Revenue Department, PO BOX 8575, Albuquerque NM 87198-8575 |
| 14548342 | + EDI: PENNDEPTREV | Jan 09 2021 06:28:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14548342 | + Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 09 2021 04:50:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14560631 | + EDI: Q3G.COM | Jan 09 2021 06:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14560437 | EDI: Q3G.COM | Jan 09 2021 06:28:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14536925 | + Email/PDF: resurgentbknotifications@resurgent.com | | |

District/off: 0313-4 | User: admin | Page 3 of 3
Date Rcvd: Jan 08, 2021 | Form ID: 139 | Total Noticed: 57

| | | Jan 09 2021 04:04:47 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14536930 | EDI: USBANKARS.COM | | |
| | | Jan 09 2021 06:28:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 29

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14536904 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14536907 | *+ | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 7, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| LAWRENCE V. YOUNG | on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| RICHARD J. WIEST | on behalf of Creditor Jay Linard rwiest@wfjlaw.net  gdeitch@wfjlaw.net;jmajestic@wfjlaw.net |
| ROBERT W. SEITZER | on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com |
| THOMAS A. CAPEHART | on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

### UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

---

In Re:  Paul S. Wheaton
2860 Yellow Goose Road
Lancaster, PA 17601

Debtor(s)

Case No: 20−13664−pmm

Chapter: 7

Last Four digits of Social Security
or Individual Taxpayer−Identification (ITIN) No(s).,
(if any) Employer Tax−Identification (EIN) No(s). (if any).:
xxx−xx−1251

---

### NOTICE OF NEED TO FILE PROOF OF CLAIM
### DUE TO RECOVERY OF ASSETS

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before

**Date:** 4/12/21

Creditors who do not file a proof of claim on or before this date might not share in any distribution from the debtor's estate.

A proof of claim is a signed statement describing a creditor's claim. A Proof of Claim form ("Official Form B 410") can be obtained at the United States Courts Website: (http://www.uscourts.gov/FormsAndFees/Forms/BankruptcyForms) or you can obtain one at any bankruptcy clerk's office. It may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of this proof of claim or you may access the court's PACER system (http://www.pacer.gov) to view your filed proof of claim

There is no fee for filing the proof of claim.
***Any creditor who has filed a proof of claim already need not file another proof of claim.***

United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

For The Court

Timothy B. McGrath
Clerk of Court

**Date:** 1/8/21

42
Form 139