IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | **CHAPTER 7** |
| : | |
| **PAUL S. WHEATON** : | **BANKRUPTCY NO. 20-13664(PMM)** |
| : | |
| **Debtor** : | |
| : | |

**ORDER SCHEDULING EXPEDITED HEARING WITH REDUCED
NOTICE PERIOD ON THE MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT
AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND JEROME H.
RHOADS, INC. PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a)
AND (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PERSONAL
PROPERTY PURSUANT TO 11 U.S.C. § 554(a) AND FED. R. BANKR. P. 6007(a)**

**AND NOW,** upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Approving Settlement Agreement Between the Trustee, the Debtor, and Jerome H. Rhoads, Inc. Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and (II) Authorizing the Abandonment of Certain Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a), and (III) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "<u>Motion</u>")[1], and sufficient cause being shown; it is hereby, **ORDERED**, that:

1. The request for an expedited hearing with reduced notice period is **GRANTED.**

2. A hearing to consider the Motion shall be held on **January _26_, 2021 at _11:00_ _.m. before The Honorable Patricia M. Mayer in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, PA 19601. The hearing will be held telephonically as follows: <u>TELEPHONIC PROCEDURES FOR</u>**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

<u>**OUTSIDE CALLERS:**</u> **Judge Mayer – Phone Number: 888-636-3807; Access Code: 4954493. Dial in; enter Judge Mayer's Access Code followed by the # sign.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. Counsel to the Trustee shall serve the Motion, this Order, and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 upon (i) the Office of the United States Trustee; (ii) counsel to Maibach; (iii) counsel to the Lender; (iv) counsel to Rhoads; (v) counsel to the Debtor; (vi) all parties who have timely filed requests for notices pursuant to Fed. R. Bankr. P. 2002; (vii) all secured creditors or their counsel, if known; and (viii) all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before **January 20 , 2021**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Counsel to the Trustee shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail on or before **January 21 , 2021**.

6. Counsel to the Trustee shall file a Certification of Service as required by Local Rule 9014-4.

                                                    **BY THE COURT:**

                                                    *Patricia M. Mayer*

Dated: **January 19, 2021**

                                                    PATRICIA M. MAYER,
                                                    UNITED STATES BANKRUPTCY JUDGE