**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | **CHAPTER 7** |
| | : | |
| **PAUL S. WHEATON** | : | **BANKRUPTCY NO. 20-13664(PMM)** |
| | : | |
| **Debtor** | : | |
| | : | |

**PRAECIPE TO WITHDRAW D.I. 49**

TO THE CLERK OF THE COURT

Kindly withdraw D.I. 49 filed in the above-referenced matter as it was filed in error.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com
*Counsel for the Trustee*

Dated: January 19, 2021