# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| PAUL S. WHEATON | BANKRUPTCY NO. 20-13664(PMM) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that true and correct copies of the following documents were served on January 19, 2021 upon the parties on the attached list in the manner indicated thereon:

1. Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Approving Settlement Agreement Between the Trustee, the Debtor, and Jerome H. Rhoads, Inc. Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and (II) Authorizing the Abandonment of Certain Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a), and (III) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "Motion");

2. Order Scheduling Expedited Hearing with Reduced Notice Period on the Motion; and

3. Notice of the Motion in conformity with Local Bankruptcy Form 9014-3.

**KARALIS PC**

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com
*Counsel for the Trustee*

Dated: January 19, 2021

**VIA ECF TRANSMISSION**

David P. Adams, Esquire
Office of the United States Trustee
200 Chestnut Street, Suite 502
Philadelphia, PA 19106
dave.p.adams@usdoj.gov

Christine C. Shubert, Esquire
821 Wesley Avenue
Ocean City, NJ 08226
christine.shubert@bmstrustee.onmicrosoft.com

Lawrence V. Young, Esquire
CGA Law Firm
135 North George Street
York, PA 17401
lyoung@cgalaw.com

**Santander Bank N.A.**
c/o Thomas A. Capehart, Esq.
33 S. 7th Street, PO Box 4060
Allentown, PA 18105-4060
jkacsur@grossmcginley.com

**Bank of America NA**
c/o Rebecca Solarz, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
bkgroup@kmllawgroup.com

**Jay Linard**
c/o Richard J. Wiest, Equire
Ten Westwood Road
Pottsville, PA 17901
rwiest@wfjlaw.net

**VIA E-MAIL**

Scott M. Esterbrook, Esquire
Reed Smith LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, PA 19103
sesterbrook@reedsmith.com

Barbara Reist Dillon, Esquire
Nikolaus & Hohenadel, LLP
212 North Queen Street
Lancaster, PA 19603
bdillon@n-hlaw.com

Todd Bartos, Esquire
The Bartos Group, LLC
2138 Meadow Ridge Drive
Lancaster, PA 17601
todd@tbg-llc.com

**VIA FEDERAL EXPRESS**

Heidi Elizabeth Fiedler
432 E. Wesner Road
Blandon, PA 19519

Anna Maria Amenta, Bankruptcy Specialist
Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106-1611

Nicole Amolsch, Chief
c/o Marina Arkhipova
PA Department of Revenue
4th and Walnut Street
Harrisburg, PA 17128

Hempfield District Real Estate Tax
200 Church Street
Landisville, PA 17538