IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| PAUL S. WHEATON | BANKRUPTCY NO. 20-13664(PMM) |
| Debtor | |

## CERTIFICATE OF SERVICE

I, Robert W. Seitzer, Esquire, hereby certify that true and correct copies of the following documents were served on January 19, 2021 upon the parties on the attached list in the manner indicated thereon:

1. Order Scheduling Expedited Hearing with Reduced Notice Period on the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Approving Settlement Agreement Between the Trustee, the Debtor, and Jerome H. Rhoads, Inc. Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and (II) Authorizing the Abandonment of Certain Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a), and (III) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "Motion") and

2. Notice of the Motion in conformity with Local Bankruptcy Form 9014-3.

KARALIS PC

By: /s/ Robert W. Seitzer
ROBERT W. SEITZER
1900 Spruce Street
Philadelphia, PA 19103
(215) 546-4500
rseitzer@karalislaw.com
*Counsel for the Trustee*

Dated: January 19, 2021

**VIA U.S. FIRST CLASS MAIL**

Aes Members 1st Fcu
Attn: Bankruptcy
Po Box 40
Mechanicsburg, PA 17055

Allied Cash Advance
100 Commercial Drive
Fairfield, OH 45014

Ally Financial
Attn: Bankruptcy
Po Box 380901
Bloomington, MN 55438

American Express National Bank
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

Amex
Correspondence/Bankruptcy
Po Box 981540
El Paso, TX 79998

AT&T Universal Citi Card
Attn: Bankruptcy
Po Box 790034
St Louis, MO 63179

Bank of America
4909 Savarese Circle
Fl1-908-01-50
Tampa, FL 33634

Bank of America, N.A.
P O Box 982284
El Paso, TX 79998-2238

Bank of America, N.A.
P.O. Box 660933
Dallas TX 75266-0933

Bank of America, N.A.
P.O. Box 31785
Tampa FL 33631-3785

Bank of America, N.A.
P O Box 15102
Wilmington DE 19886-5102

Barclays Bank Delaware
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

BB&T
Attn: Bankruptcy
Po Box 1847
Wilson, NC 27894

Capital One/Dress Barn
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130

Chase Card Services
Attn: Bankruptcy
Po Box 15298
Wilmington, DE 19850

Commonwealth of PA
841 Vogelsong Road
P.O. Box 14008
York, PA 17404

Credit One Bank
Attn: Bankruptcy Department
Po Box 98873
Las Vegas, NV 89193

Discover Financial
Attn: Bankruptcy
Po Box 3025
New Albany, OH 43054

Eric James Filer
P.O. Box 56
Lehighton, PA 18218

Finance System, Inc.
Attn: Bankruptcy
5703 National Road East Po Box 786
Richmond, IN 47374

Heidi Elizabeth Fiedler
P.O. Box 56
Lehighton, PA 18235-1823

Huntington Natl Bk
Attn: Bankruptcy
P.O. Box 340996
Columbus, OH 43234

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Centralized Insolvency Operation
P.O. Box 7346
Philadelphia, PA 19101-7346

James Gavin, Esquire
1100 Berkshire Blvd.
Suite 201
Reading, PA 19610

Jay and Sharon Linard
175 River Road
New Ringgold, PA 17960

Kohls/Capital One
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

NM Taxation and Revenue Department
PO BOX 8575
Albuquerque NM 87198-8575

PA Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17110-0946

Paul S. Wheaton
2860 Yellow Goose Road
Lancaster, PA 17601

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 2489
Kirkland, WA 98083-0788

Quantum3 Group LLC as agent for
Crown Asset Management LLC
PO Box 788
Kirkland, WA 98083-0788

Resurgent Capital Services
Attn: Bankruptcy
Pob 10497
Greenville, SC 29603

Santander Bank
Attn: Bankruptcy
10-64-38-Fd7 601 Penn St
Reading, PA 19601

Santander Bank, N.A.
450 Penn Street
10-421-MC3
Reading, PA 19602

Santander Bank, N.A.
PO BOX 16255
Reading PA 19612

Santander Consumer USA
Attn: Bankruptcy
10-64-38-Fd7 601 Penn St
Reading, PA 19601

Secretary of Treasury
15th & Penn Avenue NW
Washington, DC 20220

The Bureaus Inc
Attn: Bankruptcy
650 Dundee Rd, Ste 370
Northbrook, IL 60062

US Bank/RMS CC
Attn: Bankruptcy
Po Box 5229
Cincinnati, OH 45201