United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13664-pmm |
| Paul S. Wheaton | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 2 |
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 21, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

| | | |
|---|---|---|
| Date: Jan 21, 2021 | Signature: | /s/Joseph Speetjens |

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 19, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net  J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net  J100@ecfcbis.com |
| LAWRENCE V. YOUNG | on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| RICHARD J. WIEST | on behalf of Creditor Jay Linard rwiest@wfjlaw.net  gdeitch@wfjlaw.net;jmajestic@wfjlaw.net |
| ROBERT W. SEITZER | |

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 19, 2021 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com

THOMAS A. CAPEHART

on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In re: | : | CHAPTER 7 |
|---|---|---|
| | : | |
| PAUL S. WHEATON | : | BANKRUPTCY NO. 20-13664(PMM) |
| | : | |
| Debtor | : | |
| | : | |

ORDER SCHEDULING EXPEDITED HEARING WITH REDUCED
NOTICE PERIOD ON THE MOTION OF CHRISTINE C. SHUBERT, CHAPTER 7
TRUSTEE, FOR ENTRY OF AN ORDER (I) APPROVING SETTLEMENT
AGREEMENT BETWEEN THE TRUSTEE, THE DEBTOR, AND JEROME H.
RHOADS, INC. PURSUANT TO FED. R. BANKR. P. 9019(a) AND 11 U.S.C. § 105(a)
AND (II) AUTHORIZING THE ABANDONMENT OF CERTAIN PERSONAL
PROPERTY PURSUANT TO 11 U.S.C. § 554(a) AND FED. R. BANKR. P. 6007(a)

**AND NOW,** upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Approving Settlement Agreement Between the Trustee, the Debtor, and Jerome H. Rhoads, Inc. Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and (II) Authorizing the Abandonment of Certain Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a), and (III) Granting the Request for an Expedited Hearing with Reduced Notice Period (the "<u>Motion</u>")[1], and sufficient cause being shown; it is hereby, **ORDERED**, that:

1.  The request for an expedited hearing with reduced notice period is **GRANTED.**

2.  A hearing to consider the Motion shall be held on **January 26, 2021 at 11:00 .m. before The Honorable Patricia M. Mayer in the United States Bankruptcy Court, Gateway Building, Fourth Floor Courtroom, 201 Penn Street, Reading, PA 19601. The hearing will be held telephonically as follows: <u>TELEPHONIC PROCEDURES FOR</u>**

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.

**OUTSIDE CALLERS:** Judge Mayer – Phone Number: 888-636-3807; Access Code: 4954493. **Dial in; enter Judge Mayer's Access Code followed by the # sign.**

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. Counsel to the Trustee shall serve the Motion, this Order, and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 upon (i) the Office of the United States Trustee; (ii) counsel to Maibach; (iii) counsel to the Lender; (iv) counsel to Rhoads; (v) counsel to the Debtor; (vi) all parties who have timely filed requests for notices pursuant to Fed. R. Bankr. P. 2002; (vii) all secured creditors or their counsel, if known; and (viii) all priority creditors by overnight mail, facsimile transmission or e-mail transmission no later than 5:00 p.m. on or before **January  20 , 2021**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. Counsel to the Trustee shall serve this Order and a Notice of the Motion in conformity with Local Bankruptcy Form 9014-3 on all other parties in interest, including creditors, by regular mail on or before **January  21 , 2021**.

6. Counsel to the Trustee shall file a Certification of Service as required by Local Rule 9014-4.

BY THE COURT:

Dated: **January 19, 2021**

*Patricia M. Mayer*
_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE