IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| PAUL S. WHEATON | : | BANKRUPTCY NO. 20-13664(PMM) |
| | : | |
| Debtor | : | |

## ORDER

AND NOW, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order (I) Approving Settlement Agreement Between the Trustee, the Debtor, and Jerome H. Rhoads, Inc. Pursuant to Fed. R. Bankr. P. 9019(a) and 11 U.S.C. § 105(a) and (II) Authorizing the Abandonment of Certain Personal Property Pursuant to 11 U.S.C. § 554(a) and Fed. R. Bankr. P. 6007(a) (the "Motion")[1], and after notice and hearing; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Settlement Agreement is hereby **APPROVED**.

3. The Parties are authorized to take all actions necessary to effectuate and consummate the resolution contemplated by the Settlement Agreement.

4. The Interest in Maibach is hereby abandoned back to the Debtor.

5. This Court shall retain jurisdiction to interpret and enforce the terms of the Settlement Agreement and this Order.

BY THE COURT:

Dated: **January 26, 2021**

_Patricia M. Mayer_
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Motion.