IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | CHAPTER 7 |
| PAUL S. WHEATON | BANKRUPTCY NO. 20-13664(PMM) |
| Debtor | |

## ORDER

**AND NOW**, upon consideration of the Application of Christine C. Shubert, Chapter Trustee (the "Trustee"), to Employ Bederson LLP ("Bederson") as Accountants Pursuant to 11 U.S.C. § 327 and Fed. R. Bankr. P. 2014 (the "Application"), and the Court being satisfied that Bederson has no interest adverse to the Debtor or the Debtor's estate with respect to the matters for which it is to be employed, and further that Bederson's retention is in the best interest of the creditors, it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Trustee is authorized to employ Bederson as accountants for the purpose of providing the services as described in the Application and upon the terms and conditions therein set forth.

3. Bederson shall be entitled to be compensated for its services at the rates set forth in the Application as well as reimbursement of out of pocket expenses.

4. Bederson's fees are subject to and conditioned upon the approval of this Court pursuant to 11 U.S.C. § 330 and in accordance with *In Re Busy Beaver Building Centers, Inc.*, 19 F. 3d 33 (3rd Cir. 1994).

BY THE COURT:

Date: 3/5/21

*Patricia M. Mayer*
_____
PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE