United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13664-pmm |
| Paul S. Wheaton | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 4 |
| Date Rcvd: May 10, 2021 | Form ID: 318 | Total Noticed: 70 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| 14536909 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14562554 | + | Allied Cash Advance, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 14545556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14589027 | + | City of Lancaster, 39 West Chestnut Street, P.O. Box 1020, Lancaster, PA 17608-1020 |
| 14536908 | + | Commonwealth of PA, 841 Vogelsong Road, P.O. Box 14008, York, PA 17404-1397 |
| 14598317 | + | David M. Siwicki, 40 Columbia Lane, Jamestown RI 02835-1814 |
| 14589028 | + | David Siwicki, 40 Columbia Lane, Jamestown, RI 02835-1814 |
| 14562220 | + | Eric James Filer, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14589029 | + | G. Patrick Stillman and Food Managment, 275 East Liberty Street, Lancaster, PA 17602-1933 |
| 14589030 | + | Grand Vacation Services, LLC, 6355 Metro west Blvd., Suite 180, Orlando, FL 32835-7606 |
| 14589031 | + | Heckman & Laudeman, 400 Pine Brook Place, #12, Orwigsburg, PA 17961-2350 |
| 14562553 | + | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| 14562221 | + | Heidi Elizabeth Fiedler, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14589032 | + | Heidie Fiedler, 432 East Wesner Road, Blandon, PA 19510-9612 |
| 14536923 | + | James Gavin, Esquire, 1100 Berkshire Blvd., Suite 201, Reading, PA 19610-1221 |
| 14555446 | + | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14589034 | | Lancaster Area Sewer Authority, PO Box 3317, Lancaster, PA 17604-3317 |
| 14589035 | + | Land Grant Surveyors, LLC, c/o James D. Hillard, 3904 Abel Drive, Columbia, PA 17512-9031 |
| 14536906 | + | Lawrence V. Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 14589038 | #+ | Micheal & Chris Brubaker, 29 Ridge Road, Lititz, PA 17543-8567 |
| 14589039 | + | Partners Healthcare, P.O. Box 418393, Boston, MA 02241-8393 |
| 14555445 | + | Richard J. Wiest, Williamson Friedberg & Jones, LLC, 10 Westwood Road, Pottsville, PA 17901-1314 |
| 14589041 | + | SF IV Maibach LP, 767 Fifth Avenue, 12th Floor, New York, NY 10153-0023 |
| 14536926 | + | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14547099 | + | Santander Bank, N.A., PO BOX 16255, Reading PA 19612-6255 |
| 14546910 | + | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14536927 | + | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14589040 | + | Scott M. Esterbrook, Esq, 1717 Arch Street, Suite 3100, Philadelphia, PA 19103-2762 |
| 14536905 | + | Secretary of Treasury, 15th & Penn Avenue NW, Washington, DC 20220-0001 |
| 14589042 | + | Superior Crane, 1624 North Douglas Street, Florence, SC 29501-2693 |
| 14581273 | + | The Bartos Group LLC, 2138 Meadow Ridge Drive, Lancaster, PA 17601-5759 |
| 14536928 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14589043 | + | Thompson Gas, 5260 Westview Drive, Frederick, MD 21703-8512 |
| 14589044 | + | Todd J. Feddock, MD, 1887 Litiz Pike, Suite 4, Lancaster, PA 17601-6516 |
| 14536929 | + | Todd R Bartos, J.D., 2138 Measow Ridge Drive, Lancaster, PA 17601-5759 |

TOTAL: 41

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern

Case 20-13664-pmm    Doc 71    Filed 05/12/21    Entered 05/13/21 00:51:48    Desc Imaged
                              Certificate of Notice    Page 2 of 6

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 10, 2021 | Form ID: 318 | Total Noticed: 70 |

Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | EDI: PENNDEPTREV | May 11 2021 03:18:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2021 01:30:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | May 11 2021 01:30:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14536912 | + EDI: CITICORP.COM | May 11 2021 03:18:00 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14536910 | + EDI: GMACFS.COM | May 11 2021 03:18:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14556300 | EDI: BECKLEE.COM | May 11 2021 03:18:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536911 | + EDI: AMEREXPR.COM | May 11 2021 03:18:00 | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546155 | EDI: BANKAMER2.COM | May 11 2021 03:18:00 | Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14536916 | Email/Text: bankruptcy@bbandt.com | May 11 2021 01:30:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14536913 | + EDI: BANKAMER.COM | May 11 2021 03:18:00 | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14536914 | + EDI: BANKAMER.COM | May 11 2021 03:18:00 | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14560184 | EDI: WFFC.COM | May 11 2021 03:18:00 | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14559677 | EDI: BANKAMER.COM | May 11 2021 03:18:00 | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14536915 | + EDI: TSYS2.COM | May 11 2021 03:18:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536917 | + EDI: CAPITALONE.COM | May 11 2021 03:18:00 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536919 | + Email/PDF: creditonebknotifications@resurgent.com | May 11 2021 00:59:03 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14536920 | + EDI: DISCOVER.COM | May 11 2021 03:18:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14536921 | + Email/Text: bknotices@financesysteminc.com | May 11 2021 01:30:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 14536922 | + Email/Text: bankruptcy@huntington.com | May 11 2021 01:30:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14561561 | EDI: IRS.COM | May 11 2021 03:18:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14536918 | EDI: JPMORGANCHASE | May 11 2021 03:18:00 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536924 | + Email/Text: PBNCNotifications@perituservices.com | May 11 2021 01:30:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14589037 | + Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 00:59:03 | LVNV Funding, LLC, P.O. Box 10497, |

| Recip ID | | Delivery Method | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Greenville, SC 29603-0497 |
| 14589036 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 01:00:55 | LVNV Funding, LLC, P O Box 10584, Greenville, SC 29603-0584 |
| 14545210 | | EDI: NMTRD.COM | May 11 2021 03:18:00 | NM Taxation and Revenue Department, PO BOX 8575, Albuquerque NM 87198-8575 |
| 14548342 | + | EDI: PENNDEPTREV | May 11 2021 03:18:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14548342 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 11 2021 01:30:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14560631 | + | EDI: Q3G.COM | May 11 2021 03:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14560437 | | EDI: Q3G.COM | May 11 2021 03:18:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14536925 | + | Email/PDF: resurgentbknotifications@resurgent.com | May 11 2021 00:59:03 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14536930 | | EDI: USBANKARS.COM | May 11 2021 03:18:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 31

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14587459 | *+ | Heidi Elizabeth Fiedler, 432 E. Wesner Rd, Blandon, PA 19510-9612 |
| 14536904 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14589033 | *+ | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14536907 | *+ | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 0 Undeliverable, 4 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 12, 2021          Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 10, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: May 10, 2021 | Form ID: 318 | Total Noticed: 70 |

ERIC JAMES FILER
    on behalf of Plaintiff Heidi Elizabeth Fiedler efiler@uslawcenter.com

LAWRENCE V. YOUNG
    on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com
    tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

LAWRENCE V. YOUNG
    on behalf of Defendant Paul S. Wheaton lyoung@cgalaw.com
    tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA   N.A. bkgroup@kmllawgroup.com

RICHARD J. WIEST
    on behalf of Creditor Jay Linard rwiest@wfjlaw.net   gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com   jhysley@karalislaw.com

THOMAS A. CAPEHART
    on behalf of Creditor Santander Bank   N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 10

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Paul S. Wheaton | Social Security number or ITIN  xxx–xx–1251 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | |
| Case number: | 20–13664–pmm | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Paul S. Wheaton

<u>5/10/21</u>                                                         **By the court:**  <u>Patricia M. Mayer</u>
                                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**