# UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re:  PAUL S. WHEATON, | : | |
| Debtor. | : | Case No. 20-13664-PPM |

| | | |
|---|---|---|
| HEIDI ELIZABETH FIEDLER f/k/a | : | |
| HEIDI ELIZABETH WHEATON | : | |
| Movant, | : | |
| vs. | : | Motion for 2004 Exam |
| | : | |
| PAUL S. WHEATON, | : | |
| Respondent. | : | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

Heidi Elizabeth Fiedler has filed Motion for the Examination of Paul S. Wheaton Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure with the Court for purposes of conducting an examination of the Debtor.

1. Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney).

2. If you do not want the court to grant the relief sought in the Motion or if you want the court to consider your views on the Motion, then on or before 6/23/21 you or your attorney must file a response to the Motion. (see Instructions on next page).

3. A hearing on the Motion is scheduled to be held on July 6, 2021, at 11:00 A.M. in Courtroom 4, of the United States Bankruptcy Court, located at 201 Penn Street, Suite 103 Reading, PA 19601. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing. These hearing are currently being done

telephonically the number to contact 1-888-635-3807 access code 4954493.

    4.     If you do not file a response to the Motion, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

    5.     You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408- 2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

    6.     If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

## **Filing Instructions**

    7.     If you are required to file documents electronically by Local Bankruptcy Rule 5005-1, you must file your response electronically.

    8.     If you are not required to file electronically, you must file your response at:

> 201 Penn Street, Suite 103
> Reading, PA 19601

    9.     If you mail your response to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

    10.    On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

> Eric James Filer, Esq.
> 811-1 Blakeslee Blvd Drive East
> P.O. Box 56, Lehighton, PA 18235
> (610) 377-5200; (610) 377-5209 (FAX)
> efiler@uslawcenter.com

**FILER & SCHWAB**

Date: June 9, 2021         BY:     /s/ Eric James Filer
                                   **ERIC JAMES FILER, ESQUIRE**
                                   Attorney ID #316314
                                   811-1 Blakeslee Blvd Drive East
                                   P.O. Box 56, Lehighton, PA 18235
                                   (610) 377-5200; (610) 377-5209 (FAX)
                                   efiler@uslawcenter.com