# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL S WHEATON

CASE NO: 20-13664-PPM

**DECLARATION OF MAILING
CERTIFICATE OF SERVICE**

Chapter: 7
ECF Docket Reference No. 73
Judge: Patricia M. Mayer
Hearing Location: Courtroom 4
Hearing Date: July 6, 2021
Hearing Time: 11:00 A.M.
Response Date: 6/23/21

On 6/9/2021, I did cause a copy of the following documents, described below,

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE ECF Docket Reference No. 73

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice. com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 6/9/2021

/s/ Eric James Filer
Eric James Filer  316314

Filer & Schwab
P.O. Box 56
Lehighton, PA  18235
610 377 5200

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:

PAUL S WHEATON

CASE NO: 20-13664-PPM

**CERTIFICATE OF SERVICE**
**DECLARATION OF MAILING**

Chapter: 7
ECF Docket Reference No. 73
Judge: Patricia M. Mayer
Hearing Location: Courtroom 4
Hearing Date: July 6, 2021
Hearing Time: 11:00 A.M.
Response Date: 6/23/21

On 6/9/2021, a copy of the following documents, described below,

NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE ECF Docket Reference No. 73

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 6/9/2021

Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Eric James Filer
Filer & Schwab
P.O. Box 56
Lehighton, PA  18235

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SENT ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO

LABEL MATRIX FOR LOCAL NOTICING
03134
CASE 20-13664-PMM
EASTERN DISTRICT OF PENNSYLVANIA
READING
TUE JUN 8 16-51-14 EDT 2021

BEDERSON LLP
347 MT PLEASANT AVE
WEST ORANGE NJ 07052-2749

SANTANDER BANK NA
CO THOMAS A CAPEHART ESQ
GROSS MCGINLEY LLP
33 S SEVENTH STREET
ALLENTOWN PA 18101-2418

UNITED STATES TRUSTEE
OFFICE OF UNITED STATES TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA PA 19106-2908

~~EXCLUDE~~
~~READING~~
~~UNITED STATES BANKRUPTCY COURT~~
~~OFFICE OF THE CLERK GATEWAY BUILDING~~
~~201 PENN STREET 1ST FLOOR~~
~~READING PA 19601-4038~~

ATT UNIVERSAL CITI CARD
ATTN BANKRUPTCY
PO BOX 790034
ST LOUIS MO 63179-0034

AES MEMBERS 1ST FCU
ATTN BANKRUPTCY
PO BOX 40
MECHANICSBURG PA 17055-0040

ALLIED CASH ADVANCE
100 COMMERCIAL DRIVE
FAIRFIELD OH 45014-5556

ALLY FINANCIAL
ATTN BANKRUPTCY
PO BOX 380901
BLOOMINGTON MN 55438-0901

AMERICAN EXPRESS NATIONAL BANK
CO BECKET AND LEE LLP
PO BOX 3001
MALVERN PA 19355-0701

AMEX
CORRESPONDENCEBANKRUPTCY
PO BOX 981540
EL PASO TX 79998-1540

BANK OF AMERICA NA
CO KML LAW GROUP
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-1541

BB AND T
PO BOX 1847
WILSON NC 27894-1847

BANK OF AMERICA
4909 SAVARESE CIRCLE
FL1-908-01-50
TAMPA FL 33634-2413

BANK OF AMERICA
ATTN BANKRUPTCY
4909 SAVARESE CIRCLE
TAMPA FL 33634-2413

BANK OF AMERICA NA
CO REBECCA SOLARZESQUIRE
KML LAW GROUP PC
701 MARKET STREET SUITE 5000
PHILADELPHIA PA 19106-1541

BANK OF AMERICA
PO BOX 982238
EL PASO TX 79998-2238

BANK OF AMERICA NA
P O BOX 982284
EL PASO TX 79998-2284

BANK OF AMERICA NA
PO BOX 31785
TAMPA FL 33631-3785

BANK OF AMERICA NA
PO BOX 660933
DALLAS TX 75266-0933

BARCLAYS BANK DELAWARE
ATTN BANKRUPTCY
PO BOX 8801
WILMINGTON DE 19899-8801

CAPITAL ONEDRESS BARN
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY UT 84130-0285

JPMORGAN CHASE BANK N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

CITY OF LANCASTER
39 WEST CHESTNUT STREET
PO BOX 1020
LANCASTER PA 17608-1020

COMMONWEALTH OF PA
841 VOGELSONG ROAD
PO BOX 14008
YORK PA 17404-1397

CREDIT ONE BANK
ATTN BANKRUPTCY DEPARTMENT
PO BOX 98873
LAS VEGAS NV 89193-8873

DAVID M SIWICKI
40 COLUMBIA LANE
JAMESTOWN RI 02835-1814

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL SERVICE.
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF SERVICE" WERE SERVED BY ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

DAVID SIWICKI
40 COLUMBIA LANE
JAMESTOWN RI 02835-1814

DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY OH 43054-3025

ERIC JAMES FILER
PO BOX 56
LEHIGHTON PA 18235-0056

FINANCE SYSTEM INC
ATTN BANKRUPTCY
5703 NATIONAL ROAD EAST PO BOX 786
RICHMOND IN 47374-2619

G PATRICK STILLMAN AND FOOD MANAGMENT
275 EAST LIBERTY STREET
LANCASTER PA 17602-1933

GRAND VACATION SERVICES LLC
6355 METRO WEST BLVD
SUITE 180
ORLANDO FL 32835-7606

HECKMAN  LAUDEMAN
400 PINE BROOK PLACE
12
ORWIGSBURG PA 17961-2350

HEIDI ELIZABETH FIEDLER
432 E WESNER RD
BLANDON PA 19510-9612

HEIDI ELIZABETH FIEDLER
PO BOX 56
LEHIGHTON PA 18235-0056

HEIDIE FIEDLER
432 EAST WESNER ROAD
BLANDON PA 19510-9612

HUNTINGTON NATL BK
ATTN BANKRUPTCY
PO BOX 340996
COLUMBUS OH 43234-0996

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7317
PHILADELPHIA PA 19101-7317

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA PA 19101-7346

JAMES GAVIN ESQUIRE
1100 BERKSHIRE BLVD
SUITE 201
READING PA 19610-1221

JAY LINARD
CO RICHARD J WIESTEQUIRE
TEN WESTWOOD ROAD
POTTSVILLE PA 17901-1314

JAY AND SHARON LINARD
175 RIVER ROAD
NEW RINGGOLD PA 17960-9344

KOHLSCAPITAL ONE
ATTN CREDIT ADMINISTRATOR
PO BOX 3043
MILWAUKEE WI 53201-3043

LVNV FUNDING LLC
P O BOX 10584
GREENVILLE SC 29603-0584

LVNV FUNDING LLC
PO BOX 10497
GREENVILLE SC 29603-0497

LANCASTER AREA SEWER AUTHORITY
PO BOX 3317
LANCASTER PA 17604-3317

LAND GRANT SURVEYORS LLC
CO JAMES D HILLARD
3904 ABEL DRIVE
COLUMBIA PA 17512-9031

LAWRENCE V YOUNG
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK PA 17401-1132

MICHEAL  CHRIS BRUBAKER
29 RIDGE ROAD
LITITZ PA 17543-8567

NM TAXATION AND REVENUE DEPARTMENT
PO BOX 8575
ALBUQUERQUE NM 87198-8575

PA DEPARTMENT OF REVENUE
BANKRUPTCY DIVISION
PO BOX 280946
HARRISBURG PA 17128-0946

PARTNERS HEALTHCARE
PO BOX 418393
BOSTON MA 02241-8393

DEBTOR
PAUL S WHEATON
2860 YELLOW GOOSE ROAD
LANCASTER PA 17601-1814

PARTIES DESIGNATED TO THE CLERK OF COURT TO BE SERVED BY US MAIL ARE LISTED BELOW CLERKS. PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 2489
KIRKLAND WA 98083-2489

QUANTUM3 GROUP LLC AS AGENT FOR
CROWN ASSET MANAGEMENT LLC
PO BOX 788
KIRKLAND WA 98083-0788

RESURGENT CAPITAL SERVICES
ATTN BANKRUPTCY
POB 10497
GREENVILLE SC 29603-0497

RICHARD J WIEST
WILLIAMSON FRIEDBERG JONES LLC
10 WESTWOOD ROAD
POTTSVILLE PA 17901-1314

SF IV MAIBACH LP
767 FIFTH AVENUE
12TH FLOOR
NEW YORK NY 10153-0023

SANTANDER BANK
ATTN BANKRUPTCY
10-64-38-FD7 601 PENN ST
READING PA 19601-3563

SANTANDER BANK NA
CO THOMAS A CAPEHART ESQ
33 S 7TH STREET PO BOX 4060
ALLENTOWN PA 18105-4060

SANTANDER BANK NA
450 PENN STREET
10-421-MC3
READING PA 19602-1011

SANTANDER BANK NA
PO BOX 16255
READING PA 19612-6255

SANTANDER CONSUMER USA
ATTN BANKRUPTCY
10-64-38-FD7 601 PENN ST
READING PA 19601-3544

SCOTT M ESTERBROOK ESQ
1717 ARCH STREET
SUITE 3100
PHILADELPHIA PA 19103-2762

SECRETARY OF TREASURY
15TH PENN AVENUE NW
WASHINGTON DC 20220-0001

SUPERIOR CRANE
1624 NORTH DOUGLAS STREET
FLORENCE SC 29501-2693

THE BARTOS GROUP LLC
2138 MEADOW RIDGE DRIVE
LANCASTER PA 17601-5759

THE BUREAUS INC
ATTN BANKRUPTCY
650 DUNDEE RD STE 370
NORTHBROOK IL 60062-2757

THOMPSON GAS
5260 WESTVIEW DRIVE
FREDERICK MD 21703-8512

TODD J FEDDOCK MD
1887 LITIZ PIKE
SUITE 4
LANCASTER PA 17601-6516

TODD R BARTOS JD
2138 MEASOW RIDGE DRIVE
LANCASTER PA 17601-5759

US BANK
PO BOX 5229
CINCINNATI OH 45201-5229

CHRISTINE C SHUBERT
821 WESLEY AVENUE
OCEAN CITY NJ 08226-3622

JAY LINARD
175 RIVER ROAD
NEW RINGGOLD PA 17960-9344

ADDRESSES WERE ELECTRONICALLY NOTICED THROUGH THE COURT'S CM/ECF SYSTEM AND/OR THROUGH THE COURT'S
NOTICE OF ELECTRONIC FILING ("NEF")SYSTEM.

(Debtor)
Paul S. Wheaton
2860 Yellow Goose Road
Lancaster, PA 17601
represented by:
LAWRENCE V. YOUNG
CGA Law Firm
135 North George Street
York, PA 17401

lyoung@cgalaw.com

(Trustee)
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.com

(U.S. Trustee)
United States Trustee
Office of United States Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

USTPRegion03.PH.ECF@usdoj.gov

(Creditor)
Santander Bank, N.A.
c/o Thomas A. Capehart, Esq.
Gross McGinley LLP
33 S Seventh Street
Allentown, PA 18105
represented by:
THOMAS A. CAPEHART
33 South 7th Street
PO Box 4060
Allentown, PA 18105-4060

JKacsur@grossmcginley.com

CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226

christine.shubert@comcast.net

(Trustee)
CHRISTINE C. SHUBERT
821 Wesley Avenue
Ocean City, NJ 08226
represented by:
ROBERT W. SEITZER
Karalis PC
1900 Spruce Street
Philadelphia, PA 19103

rseitzer@karalislaw.com

(Creditor)
Jay Linard
175 River Road
New Ringgold, PA 17960
represented by:
RICHARD J. WIEST
Williamson Friedberg & Jones LLC
Pottsville, PA 17901

rwiest@wfjlaw.net

(Creditor)
Heidi Elizabeth Fiedler
432 E. Wesner Rd.
Blandon, PA 19510
represented by:
ERIC JAMES FILER
Filer & Schwab
PO Box 56
Lehighton, PA 18235

efiler@uslawcenter.com

(Accountant)
Bederson LLP
347 Mt. Pleasant Ave
West Orange, NJ 07052

(Creditor)
BANK OF AMERICA, N.A.
represented by:
REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com