# UNITED STATE BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re:  PAUL S. WHEATON,<br>　　　　　　　　　Debtor. : | Case No. 20-13664-PPM |
| **HEIDI ELIZABETH FIEDLER f/k/a**<br>**HEIDI ELIZABETH WHEATON**<br>　　　　　　　　　Movant,<br>vs.<br>**PAUL S. WHEATON,**<br>　　　　　　　　　Respondent. : | Motion for 2004 Exam |

## ORDER

AND NOW, upon consideration of the Motion for Examination of Paul S. Wheaton Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure it is hereby ORDERED and DECREED that the Motion is GRANTED; it is further

ORDERED that Paul S. Wheaton is directed to appear for a 2004 examination at the Lancaster Bar Association located at 28 E Orange St, Lancaster, PA 17602 on July 20, 2021 at 12:00 p.m.; and it is further

ORDERED that Paul S. Wheaton is to bring with him any documents, records, photographs, receipts, lists, insurance polices, photographs bank records or files, which have not already been provided, regarding Paul S. Wheaton Lancaster Propane Gas, Pioneer Propane, Atlantec BioEnergy Corporation, Maibach Agribusiness, Avon Piping Solutions, Empire Demolition & Robotics, Maibach Energy, Cayman Cargo Control, Wheaton Family No. 1 LLC.

**Date: July 6, 2021**

　　　　　　　　　　　　　　　　　　　　　　　*Patricia M. Mayer*
　　　　　　　　　　　　　　　　　　　　　　　Patricia M. Mayer, Judge
　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Court