United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Paul S. Wheaton  
    Debtor

Case No. 20-13664-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Jul 06, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 6, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| ERIC JAMES FILER | on behalf of Plaintiff Heidi Elizabeth Fiedler efiler@uslawcenter.com |
| ERIC JAMES FILER | on behalf of Creditor Heidi Elizabeth Fiedler efiler@uslawcenter.com |
| LAWRENCE V. YOUNG | on behalf of Defendant Paul S. Wheaton lyoung@cgalaw.com tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com |
| LAWRENCE V. YOUNG | on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com |

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jul 06, 2021 | Form ID: pdf900 | Total Noticed: 1

tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com

RICHARD J. WIEST
    on behalf of Creditor Jay Linard rwiest@wfjlaw.net  gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com

THOMAS A. CAPEHART
    on behalf of Creditor Santander Bank  N.A. JKacsur@grossmcginley.com, ehutchinson@grossmcginley.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**UNITED STATE BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re:  PAUL S. WHEATON, | : | |
| Debtor. | : | Case No. 20-13664-PPM |

| | | |
|---|---|---|
| **HEIDI ELIZABETH FIEDLER f/k/a** | : | |
| **HEIDI ELIZABETH WHEATON** | : | |
| Movant, | : | |
| vs. | : | Motion for 2004 Exam |
| | : | |
| **PAUL S. WHEATON,** | : | |
| Respondent. | : | |

**ORDER**

AND NOW, upon consideration of the Motion for Examination of Paul S. Wheaton Pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure it is hereby ORDERED and DECREED that the Motion is GRANTED; it is further

ORDERED that Paul S. Wheaton is directed to appear for a 2004 examination at the Lancaster Bar Association located at 28 E Orange St, Lancaster, PA 17602 on July 20, 2021 at 12:00 p.m.; and it is further

ORDERED that Paul S. Wheaton is to bring with him any documents, records, photographs, receipts, lists, insurance polices, photographs bank records or files, which have not already been provided, regarding Paul S. Wheaton Lancaster Propane Gas, Pioneer Propane, Atlantec BioEnergy Corporation, Maibach Agribusiness, Avon Piping Solutions, Empire Demolition & Robotics, Maibach Energy, Cayman Cargo Control, Wheaton Family No. 1 LLC.

**Date: July 6, 2021**

*Patricia M. Mayer*
_____
Patricia M. Mayer, Judge
United States Bankruptcy Court