IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| PAUL S. WHEATON | : | BANKRUPTCY NO. 20-13664(PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

AND NOW, upon consideration of the Motion of Christine C. Shubert, Chapter 7 Trustee, for Entry of an Order Authorizing Payment of Post-Petition Taxes to the United States Treasury and the Pennsylvania Department of Revenue (the "Motion"), and sufficient cause being shown; it is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. The Trustee is authorized to pay the sum of $53,517.00 to the United States Treasury.

3. The Trustee is authorized to pay the sum of $9,109.00 to the Pennsylvania Department of Revenue.

BY THE COURT:

*Patricia M. Mayer*

Date: **July 27, 2021**

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE