IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| PAUL S. WHEATON | : | Bankruptcy No. 20-13664(PMM) |
| | : | |
| Debtor | : | |
| | : | |

### ORDER

AND NOW, upon consideration of the First and Final Fee Application of Bederson LLP (the "Applicant") for Compensation and Reimbursement of Expenses, as Accountants to the Trustee, for the period February 24, 2021 through September 9, 2021 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The Applicant is allowed compensation in the amount of $5,624.00 for services rendered and $69.48 for reimbursement of expenses for a total of $5,693.48.

3. The amount awarded herein is hereby made final.

BY THE COURT:

*Patricia M. Mayer*

Dated: 11/3/21

PATRICIA M. MAYER,
UNITED STATES BANKRUPTCY JUDGE