IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | CHAPTER 7 |
| | : | |
| PAUL S. WHEATON | : | Bankruptcy No. 20-13664(PMM) |
| | : | |
| Debtor | : | |
| | : | |

## ORDER

**AND NOW**, upon consideration of the First and Final Fee Application of Karalis PC (the "Applicant") for Compensation and Reimbursement of Expenses, as Counsel to the Trustee, for the Period January 7, 2021 through August 20, 2021 (the "Application"), it is hereby **ORDERED** that:

1. The Application is **APPROVED**.

2. The sum of $18,486.00 is allowed as reasonable compensation for the services rendered and $454.88 for reimbursement of expenses for a total of $18,940.88.

3. The amount awarded herein is hereby made final.

BY THE COURT:

*Patricia M. Mayer*

Dated: 11/3/21

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE