**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re: Paul S. Wheaton,** | : | **Chapter 7** |
| | : | |
| **Debtor.** | : | |
| | : | **Bky. No. 20-13664  (PMM)** |

----------------------------------------------------------------------------------------

**ORDER VACATING ORDER GRANTING COMPENSATION**

**AND NOW**, upon consideration of the Order entered on December 20, 2021 granting the

Application for Compensation by the Trustee (doc. no. 100, the "Compensation Order");

AND the Compensation Order having been entered prematurely;

It is hereby **ordered** that the Compensation Order is **vacated**.


Dated: 12/22/21

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**