United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Paul S. Wheaton  
    Debtor

Case No. 20-13664-pmm  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 4  
Date Rcvd: Dec 21, 2021      Form ID: pdf900      Total Noticed: 79

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| aty | + | Karalis PC, 1900 Spruce Street, Philadelphia, PA 19103-6605 |
| smg | + | Bureau of Audit and Enforcement, City of Allentown, 435 Hamilton Street, Allentown, PA 18101-1603 |
| smg | | City Treasurer, Eighth and Washington Streets, Reading, PA 19601 |
| smg | + | Dun & Bradstreet, INC, 3501 Corporate Pkwy, P.O. Box 520, Centre Valley, PA 18034-0520 |
| smg | + | Lehigh County Tax Claim Bureau, 17 South Seventh Street, Allentown, PA 18101-2401 |
| smg | + | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| acc | + | Bederson LLP, 347 Mt. Pleasant Ave, West Orange, NJ 07052-2749 |
| cr | #+ | Jay Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| cr | + | Santander Bank, N.A., c/o Thomas A. Capehart, Esq., Gross McGinley LLP, 33 S Seventh Street, Allentown, PA 18101-2418 |
| 14536909 | + | Aes Members 1st Fcu, Attn: Bankruptcy, Po Box 40, Mechanicsburg, PA 17055-0040 |
| 14562554 | #+ | Allied Cash Advance, 100 Commercial Drive, Fairfield, OH 45014-5556 |
| 14556300 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14536911 | + | Amex, Correspondence/Bankruptcy, Po Box 981540, El Paso, TX 79998-1540 |
| 14546155 | ++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238 address filed with court:, Bank of America, N.A., P O Box 15102, Wilmington DE 19886-5102 |
| 14539746 | + | BANK OF AMERICA, N.A., C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14536914 | + | Bank of America, 4909 Savarese Circle, Fl1-908-01-50, Tampa, FL 33634-2413 |
| 14536913 | + | Bank of America, Attn: Bankruptcy, 4909 Savarese Circle, Tampa, FL 33634-2413 |
| 14540011 | + | Bank of America NA, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14559677 | | Bank of America, N.A., P.O. Box 31785, Tampa FL 33631-3785 |
| 14560184 | | Bank of America, N.A., P.O. Box 660933, Dallas TX 75266-0933 |
| 14545556 | + | Bank of America, N.A., P O Box 982284, El Paso, TX 79998-2284 |
| 14589027 | + | City of Lancaster, 39 West Chestnut Street, P.O. Box 1020, Lancaster, PA 17608-1020 |
| 14536908 | + | Commonwealth of PA, 841 Vogelsong Road, P.O. Box 14008, York, PA 17404-1397 |
| 14598317 | + | David M. Siwicki, 40 Columbia Lane, Jamestown RI 02835-1814 |
| 14589028 | + | David Siwicki, 40 Columbia Lane, Jamestown, RI 02835-1814 |
| 14562220 | + | Eric James Filer, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14589029 | + | G. Patrick Stillman and Food Managment, 275 East Liberty Street, Lancaster, PA 17602-1933 |
| 14589030 | + | Grand Vacation Services, LLC, 6355 Metro west Blvd., Suite 180, Orlando, FL 32835-7606 |
| 14589031 | + | Heckman & Laudeman, 400 Pine Brook Place, #12, Orwigsburg, PA 17961-2350 |
| 14562553 | + | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| 14562221 | + | Heidi Elizabeth Fiedler, P.O. Box 56, Lehighton, PA 18235-0056 |
| 14589032 | + | Heidie Fiedler, 432 East Wesner Road, Blandon, PA 19510-9612 |
| 14536923 | + | James Gavin, Esquire, 1100 Berkshire Blvd., Suite 201, Reading, PA 19610-1221 |
| 14549950 | + | Jay Linard, c/o Richard J. Wiest,Equire, Ten Westwood Road, Pottsville, PA 17901-1314 |
| 14555446 | #+ | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14589034 | | Lancaster Area Sewer Authority, PO Box 3317, Lancaster, PA 17604-3317 |
| 14589035 | + | Land Grant Surveyors, LLC, c/o James D. Hillard, 3904 Abel Drive, Columbia, PA 17512-9031 |
| 14536906 | + | Lawrence V. Young, CGA Law Firm, 135 North George Street, York, PA 17401-1132 |
| 14589039 | + | Partners Healthcare, P.O. Box 418393, Boston, MA 02241-8393 |

| | | |
|---|---|---|
| 14555445 | + | Richard J. Wiest, Williamson Friedberg & Jones, LLC, 10 Westwood Road, Pottsville, PA 17901-1314 |
| 14589041 | + | SF IV Maibach LP, 767 Fifth Avenue, 12th Floor, New York, NY 10153-0023 |
| 14547095 |   | Santander Bank N.A., c/o Thomas A. Capehart, Esq., 33 S. 7th Street, PO Box 4060, Allentown, PA 18105-4060 |
| 14589040 | + | Scott M. Esterbrook, Esq, 1717 Arch Street, Suite 3100, Philadelphia, PA 19103-2762 |
| 14536905 | + | Secretary of Treasury, 15th & Penn Avenue NW, Washington, DC 20220-0001 |
| 14589042 | + | Superior Crane, 1624 North Douglas Street, Florence, SC 29501-2693 |
| 14581273 | + | The Bartos Group LLC, 2138 Meadow Ridge Drive, Lancaster, PA 17601-5759 |
| 14536928 | + | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14589043 | + | Thompson Gas, 5260 Westview Drive, Frederick, MD 21703-8512 |
| 14589044 | + | Todd J. Feddock, MD, 1887 Litiz Pike, Suite 4, Lancaster, PA 17601-6516 |
| 14536929 | + | Todd R Bartos, J.D., 2138 Measow Ridge Drive, Lancaster, PA 17601-5759 |

TOTAL: 51

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg |   | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Dec 21 2021 23:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14536912 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 21 2021 23:32:12 | AT&T Universal Citi Card, Attn: Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14536910 | + | Email/Text: ally@ebn.phinsolutions.com | Dec 21 2021 23:22:00 | Ally Financial, Attn: Bankruptcy, Po Box 380901, Bloomington, MN 55438-0901 |
| 14536916 |   | Email/Text: bankruptcy@bbandt.com | Dec 21 2021 23:22:00 | BB&T, Attn: Bankruptcy, Po Box 1847, Wilson, NC 27894 |
| 14536915 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 21 2021 23:22:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 14536917 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 21 2021 23:21:53 | Capital One/Dress Barn, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 14536919 | + | Email/PDF: creditonebknotifications@resurgent.com | Dec 21 2021 23:21:30 | Credit One Bank, Attn: Bankruptcy Department, Po Box 98873, Las Vegas, NV 89193-8873 |
| 14536920 | + | Email/Text: mrdiscen@discover.com | Dec 21 2021 23:22:00 | Discover Financial, Attn: Bankruptcy, Po Box 3025, New Albany, OH 43054-3025 |
| 14536921 | + | Email/Text: bknotices@financesysteminc.com | Dec 21 2021 23:22:00 | Finance System, Inc., Attn: Bankruptcy, 5703 National Road East Po Box 786, Richmond, IN 47374-2619 |
| 14536922 | + | Email/Text: bankruptcy@huntington.com | Dec 21 2021 23:22:00 | Huntington Natl Bk, Attn: Bankruptcy, P.O. Box 340996, Columbus, OH 43234-0996 |
| 14561561 |   | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 21 2021 23:22:00 | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7317, Philadelphia, PA 19101-7317 |
| 14536918 |   | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 21 2021 23:21:37 | Chase Card Services, Attn: Bankruptcy, Po Box 15298, Wilmington, DE 19850 |
| 14536924 | + | Email/Text: PBNCNotifications@peritusservices.com | Dec 21 2021 23:22:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14589037 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2021 23:21:38 | LVNV Funding, LLC, P.O. Box 10497, Greenville, SC 29603-0497 |
| 14589036 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2021 23:21:30 | LVNV Funding, LLC, P O Box 10584, Greenville, SC 29603-0584 |
| 14545210 |   | Email/Text: TRD-bankruptcyunit@state.nm.us | Dec 21 2021 23:22:00 | NM Taxation and Revenue Department, PO BOX 8575, Albuquerque NM 87198-8575 |

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 79 |

| | | | | |
|---|---|---|---|---|
| 14548342 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 21 2021 23:22:00 | PA Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14560631 | + | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2021 23:22:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 2489, Kirkland, WA 98083-2489 |
| 14560437 | | Email/Text: bnc-quantum@quantum3group.com | Dec 21 2021 23:22:00 | Quantum3 Group LLC as agent for, Crown Asset Management LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 14536925 | + | Email/PDF: resurgentbknotifications@resurgent.com | Dec 21 2021 23:32:22 | Resurgent Capital Services, Attn: Bankruptcy, Pob 10497, Greenville, SC 29603-0497 |
| 14536926 | + | Email/Text: DeftBkr@santander.us | Dec 21 2021 23:22:00 | Santander Bank, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3563 |
| 14547099 | + | Email/Text: DeftBkr@santander.us | Dec 21 2021 23:22:00 | Santander Bank, N.A., PO BOX 16255, Reading PA 19612-6255 |
| 14546910 | + | Email/Text: DeftBkr@santander.us | Dec 21 2021 23:22:00 | Santander Bank, N.A., 450 Penn Street, 10-421-MC3, Reading, PA 19602-1011 |
| 14536927 | + | Email/Text: enotifications@santanderconsumerusa.com | Dec 21 2021 23:22:00 | Santander Consumer USA, Attn: Bankruptcy, 10-64-38-Fd7 601 Penn St, Reading, PA 19601-3544 |
| 14536928 | + | Email/PDF: tbiedi@PRAGroup.com | Dec 21 2021 23:21:37 | The Bureaus Inc, Attn: Bankruptcy, 650 Dundee Rd, Ste 370, Northbrook, IL 60062-2757 |
| 14620381 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 23:21:37 | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14620305 | + | Email/PDF: rmscedi@recoverycorp.com | Dec 21 2021 23:21:56 | The Bureaus, Inc., c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14536930 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Dec 21 2021 23:22:00 | US Bank/RMS CC, Attn: Bankruptcy, Po Box 5229, Cincinnati, OH 45201 |

TOTAL: 29

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Heidi Elizabeth Fiedler, 432 E. Wesner Rd., Blandon, PA 19510-9612 |
| cr | *+ | The Bureaus, Inc., c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14587459 | *+ | Heidi Elizabeth Fiedler, 432 E. Wesner Rd, Blandon, PA 19510-9612 |
| 14536904 | * | Internal Revenue Service, Centralized Insolvency Operation, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14589033 | *+ | Jay and Sharon Linard, 175 River Road, New Ringgold, PA 17960-9344 |
| 14536907 | *+ | Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |
| 14589038 | ##+ | Micheal & Chris Brubaker, 29 Ridge Road, Lititz, PA 17543-8567 |

TOTAL: 0 Undeliverable, 6 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 4 of 4 |
| Date Rcvd: Dec 21, 2021 | Form ID: pdf900 | Total Noticed: 79 |

Date: Dec 23, 2021   Signature:   /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 17, 2021 at the address(es) listed below:**

**Name**  **Email Address**

CHRISTINE C. SHUBERT
    on behalf of Accountant Bederson LLP christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    christine.shubert@comcast.net J100@ecfcbis.com

CHRISTINE C. SHUBERT
    on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com

ERIC JAMES FILER
    on behalf of Plaintiff Heidi Elizabeth Fiedler efiler@uslawcenter.com

ERIC JAMES FILER
    on behalf of Creditor Heidi Elizabeth Fiedler efiler@uslawcenter.com

KELLIE LYNNE RAHL-HEFFNER
    on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com,
    jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

LAWRENCE V. YOUNG
    on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com
    tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

LAWRENCE V. YOUNG
    on behalf of Defendant Paul S. Wheaton lyoung@cgalaw.com
    tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

REBECCA ANN SOLARZ
    on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RICHARD J. WIEST
    on behalf of Creditor Jay Linard rwiest@wfjlaw.net gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

ROBERT W. SEITZER
    on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com jhysley@karalislaw.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: WHEATON, PAUL S.    § Case No. 20-13664-PMM
§
§
§

Debtor(s)

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Christine C. Shubert, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

United States Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 14 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 01/18/2022 in Courtroom 4th floor Courtroom, United States Bankruptcy Court Courthouse, The Gateway Building, 201 Penn Street, Reading, PA 19601. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 12/17/2021    By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**Reading DIVISION**

In re: WHEATON, PAUL S.    §    Case No. 20-13664-PMM
§
§
§

Debtor(s)

### SUMMARY OF TRUSTEE'S FINAL REPORT
### AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of :* | $ | 375,000.00 |
| *and approved disbursements of:* | $ | 67,242.74 |
| *leaving a balance on hand of[1]:* | $ | 307,757.26 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|---:|
| 4 | Santander Bank, N.A. | 496,880.67 | 0.00 | 0.00 | 0.00 |
| 8 | Bank of America, N.A. | 170,844.12 | 0.00 | 0.00 | 0.00 |
| 11 | Heidi Elizabeth Fiedler | 1,440,833.29 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors:    $    0.00
Remaining balance:    $    307,757.26

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee, Fees - Christine C. Shubert | 22,000.00 | 0.00 | 22,000.00 |
| Trustee, Expenses - Christine C. Shubert | 8.45 | 0.00 | 8.45 |
| Attorney for Trustee Fees - Karalis, PC | 18,486.00 | 0.00 | 18,486.00 |
| Attorney for Trustee, Expenses - Karalis, PC | 454.88 | 0.00 | 454.88 |
| Accountant for Trustee Fees (Other Firm) - Bederson & Company LLP | 5,624.00 | 0.00 | 5,624.00 |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Accountant for Trustee Expenses (Other Firm) - Bederson & Company LLP | 69.48 | 0.00 | 69.48 |

Total to be paid for chapter 7 administrative expenses: $ 46,642.81
Remaining balance: $ 261,114.45

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 261,114.45

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $29,235.29 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5P | PA Department of Revenue | 2.21 | 0.00 | 2.21 |
| 10P | Internal Revenue Service | 29,233.08 | 0.00 | 29,233.08 |

Total to be paid for priority claims: $ 29,235.29
Remaining balance: $ 231,879.16

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $4,305,230.74 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | NM Taxation and Revenue Department | 0.00 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Bank of America, N.A. | 55,773.27 | 0.00 | 3,003.94 |
| 3 | Bank of America, N.A. | 24,940.93 | 0.00 | 1,343.32 |
| 6 | Jay and Sharon Linard | 1,300,000.00 | 0.00 | 70,017.83 |
| 7 | American Express National Bank | 3,623.33 | 0.00 | 195.15 |
| 9 | Quantum3 Group LLC as agent for | 770.71 | 0.00 | 41.51 |
| 12 | The Bartos Group LLC | 21,448.50 | 0.00 | 1,155.21 |
| 13 | David M. Siwicki | 2,898,674.00 | 0.00 | 156,122.20 |

Total to be paid for timely general unsecured claims: $ 231,879.16
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardily filed general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $8,357.30 have been allowed and will be paid pro rata only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 5U | PA Department of Revenue | 267.20 | 0.00 | 0.00 |
| 10U | Internal Revenue Service | 8,090.10 | 0.00 | 0.00 |

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ CHRISTINE C. SHUBERT
                               Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**