United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13664-pmm

Paul S. Wheaton     Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2
Date Rcvd: Dec 22, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Paul S. Wheaton, 2860 Yellow Goose Road, Lancaster, PA 17601-1814 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTINE C. SHUBERT | christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Trustee CHRISTINE C. SHUBERT christine.shubert@comcast.net J100@ecfcbis.com |
| CHRISTINE C. SHUBERT | on behalf of Accountant Bederson LLP christine.shubert@comcast.net J100@ecfcbis.com |
| ERIC JAMES FILER | on behalf of Plaintiff Heidi Elizabeth Fiedler efiler@uslawcenter.com |
| ERIC JAMES FILER | on behalf of Creditor Heidi Elizabeth Fiedler efiler@uslawcenter.com |
| KELLIE LYNNE RAHL-HEFFNER | on behalf of Creditor Santander Bank N.A. krahl-heffner@grossmcginley.com, |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Dec 22, 2021 | Form ID: pdf900 | Total Noticed: 1 |

        jkacsur@grossmcginley.com;jpraedin@grossmcginley.com

LAWRENCE V. YOUNG

        on behalf of Defendant Paul S. Wheaton lyoung@cgalaw.com
        tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

LAWRENCE V. YOUNG

        on behalf of Debtor Paul S. Wheaton lyoung@cgalaw.com
        tlocondro@cgalaw.com,rminello@cgalaw.com,jrosenau@cgalaw.com;kbrayboy@cgalaw.com

REBECCA ANN SOLARZ

        on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com

RICHARD J. WIEST

        on behalf of Creditor Jay Linard rwiest@wfjlaw.net  gdeitch@wfjlaw.net;jmajestic@wfjlaw.net

ROBERT W. SEITZER

        on behalf of Trustee CHRISTINE C. SHUBERT rseitzer@karalislaw.com  jhysley@karalislaw.com

United States Trustee

        USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 12

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In Re: Paul S. Wheaton,      :      Chapter 7
                             :
               Debtor.       :
                             :      Bky. No. 20-13664  (PMM)

-----------------------------------------------------------------------

## ORDER VACATING ORDER GRANTING COMPENSATION

**AND NOW**, upon consideration of the Order entered on December 20, 2021 granting the Application for Compensation by the Trustee (doc. no. 100, the "Compensation Order");

AND the Compensation Order having been entered prematurely;

It is hereby **ordered** that the Compensation Order is **vacated**.

Dated: 12/22/21

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE