TIMOTHY J. ZEARFOSS
LAWRENCE V. YOUNG
135 North George Street
York, PA 17401

004118 4118 1 AB 0.458 17960 1 3 9488-1-4593

Jay and Sharon Linard
175 River Road
New Ringgold, PA 17960-9344



# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
|   *please note our* New Address  Jay and Sharon Linard  1621 Old Dry Creek Road  Morganton, NC  28655 | |

Case 20-13604-pmm    Doc 105    Filed 01/10/22    Entered 01/12/22 15:43:34    Desc Main
Document    Page 1 of 4

004118    45608004122035

|  |  |  |
|---|---|---|
| Total to be paid for subordinated claims: | $ | 0.00 |
| Remaining balance: | $ | 0.00 |

Prepared By: /s/ CHRISTINE C. SHUBERT
                              Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

THE LAW OFFICES OF
LAWRENCE V. YOUNG
135 North George Street
York, PA 17401

004119 4119 1 AB 0.458 17960 1 3 9488-1-4594

Jay Linard
175 River Road
New Ringgold, PA 17960-9344



# ATTENTION: ADDRESS CORRECTION REQUESTED

If you are receiving this notice, U.S. Postal Service records indicate that the address that the *debtor* listed is subject to a forwarding order. Forwarding orders are only good for a limited time.

| IF YOU ARE THE INTENDED NOTICE RECIPIENT, Update your address immediately with the Bankruptcy Court identified on the notice pursuant to the Court's local procedures. | IF YOU ARE THE DEBTOR/DEBTOR'S COUNSEL 1. Find an updated address and send the attached document to that address. 2. Update the address with the Bankruptcy Court pursuant to the Court's local procedures. |
|---|---|
|  *please note our* New Address Jay and Sharon Linard 1621 Old Dry Creek Road Morganton, NC 28655 *[signature: Jay M Linard]* | |

004119    45608004123034

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $ 0.00 |
| Remaining balance: | $ 0.00 |

Prepared By: /s/ CHRISTINE C. SHUBERT
Trustee

Christine C. Shubert
821 Wesley Ave
Ocean City, NJ 08226
(609) 938-4191
christine.shubert@comcast.net

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

004119                                                        45608004123034