IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

PAUL WHEATON

Debtor(s)

Chapter 7

Bankruptcy No. 20-13664-PMM

### ORDER APPROVING TRUSTEE'S FINAL REPORT AND ACCOUNT

AND NOW, this __18th__ day of __January__ 20__22__, upon consideration of the Trustee's Final Report and Account (the "Final Report"), and after notice and hearing, IT IS HEREBY ORDERED AND DECREED that the Final Report is APPROVED.

BY THE COURT:

*Patricia M. Mayer*

PATRICIA M. MAYER
United States Bankruptcy Judge