UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:

PAUL WHEATON

                    Debtor(s)

Chapter 7

Case No. 20-13664-PMM

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSE

AND NOW, this __18th__ day of ___January___ 20_22_ upon consideration of the

foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002

to all parties in interest, it is ORDERED, that the sum of $22,000.00 is reasonable compensation

for the services in this case by CHRISTINE C. SHUBERT, trustee; that such sum does not

exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $8.45 is

reasonable for actual and necessary expenses advanced by the trustee; and that such sums are

awarded to the trustee.

BY THE COURT

PATRICIA M. MAYER
United States Bankruptcy Judge