

ILES COOPER
JOSEPH H. JONES, JR.
RICHARD J. WIEST
LORI A. SCHAFER GUZICK
ERIC M. MIKA
JAMES E. CROSSEN, III
J. T. HERBER, III
DOUGLAS J. TAGLIERI
ASHLEY M. SECURDA
BENJAMIN M. FORBES
JAMES R. DEITER

OF COUNSEL
JOSEPH A. McKENNA
HARRY B. CROSSWELL
CHESTER C. CORSE, JR.
JAMES P. DIEHL

**WILLIAMSON FRIEDBERG & JONES LLC**
*A Full Service Law Firm*

10 WESTWOOD ROAD • POTTSVILLE, PA 17901
PHONE 570-622-5933 • FAX 570-622-5033
www.wfjlaw.net

SHENANDOAH
26 E. CENTRE ST.
SHENANDOAH, PA 17976
570-462-1976

ORWIGSBURG
570-366-8500

PINE GROVE
570-345-2888

HEGINS
570-682-8174

January 14, 2021

FILED
JAN 21 2022
TIMOTHY McGRATH, CLERK

United States Bankruptcy Court
The Gateway Building
201 Penn Street, Suite 103
Reading, PA 19601

RE:   Case No. 20-13664-PMM
      Paul S. Wheaton (Debtor)
      <u>Jay Linard (Creditor)</u>

TO WHOM IT MAY CONCERN:

This office represents the above named Creditor (Jay Linard) in the above-referenced bankruptcy matter. Please note Mr. Linard's new address:

Jay Linard
1621 Old Dry Creek Road
Morganton, NC 28655

If you have any questions, please contact the undersigned.

Very truly yours,

DOUGLAS J. TAGLIERI

DJT:np
cc:   Jay Linard

BANKRUPTCY • BUSINESS LAW • CRIMINAL DEFENSE • ELDER LAW • FAMILY LAW AND ADOPTIONS
LITIGATION • PERSONAL INJURY • REAL ESTATE • WILLS, ESTATES AND TRUSTS